# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASSILIOS ALEXIADIS,<br><br>     Plaintiff,<br><br>v.<br><br>CAMBRIDGE SYSTEMATICS, INC., et al.,<br><br>     Defendants. | No. 2:21-cv-08564-JAK (PVCx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

1

1  WHEREAS, on or about September 10, 2021, Plaintiff filed his complaint in the Los Angeles County Superior Court;

3  WHEREAS, the Complaint states twelve causes of action against Defendant;

4  WHEREAS, on or about October 29, 2021, Defendant removed the case from the Los Angeles County Superior Court to this Court;

6  WHEREAS, on January 5, 2023, Defendant filed a Motion for Summary Judgment as to all of Plaintiff's claims.

8  WHEREAS, a hearing on the Motion was held on March 6, 2023, and after the matter was taken under submission, the Court granted the Motion with respect to every cause of action except the eleventh cause of action for violation of California Labor Code sections 226, 432 and 1198.5(a).

12  WHEREAS, on December 29, 2023, pursuant to the stipulation of the Parties, the Court Dismissed the Eleventh Cause of Action with Prejudice.

14  NOW THEREFORE, Final Judgment is entered against Plaintiff and in favor of Defendant on every cause of action except for the Eleventh Cause of Action.

**IT IS SO ORDERED.**

Dated: January 12, 2024

_____
John A. Kronstadt
United States District Judge